

ASK LLP — ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

60 East 42nd Street, 46th Floor  
New York, NY 10165  
212-267-7342

| | |
|---|---|
| Defendant: | **CBRE, Inc.** |
| Bankruptcy Case: | **Bed Bath & Beyond Inc.** |
| Preference Period: | **Jan 23, 2023 - Apr 23, 2023** |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113599 | $51,997.36 | 4/6/2023 | PJM0155337P | 12/6/2022 | $1,382.85 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113599 | $51,997.36 | 4/6/2023 | PJM0155335P | 12/6/2022 | $7,623.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113599 | $51,997.36 | 4/6/2023 | PJM0155334P | 12/28/2022 | $2,625.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113599 | $51,997.36 | 4/6/2023 | PJM0155330P | 12/6/2022 | $735.47 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113599 | $51,997.36 | 4/6/2023 | PJM0155329P | 12/12/2022 | $27,711.58 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113599 | $51,997.36 | 4/6/2023 | PJM0155324P | 12/6/2022 | $2,966.25 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113599 | $51,997.36 | 4/6/2023 | PJM0155322P | 12/6/2022 | $1,204.21 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113599 | $51,997.36 | 4/6/2023 | PJM0155321P | 12/6/2022 | $7,749.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113419 | $104,432.55 | 3/27/2023 | PJM0159405P | 2/14/2023 | $22,569.98 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113419 | $104,432.55 | 3/27/2023 | PJM0149878P | 9/15/2022 | $17,530.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113419 | $104,432.55 | 3/27/2023 | PJM0148607P | 8/29/2022 | $15,732.57 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113419 | $104,432.55 | 3/27/2023 | PJM0082322PA | 8/23/2022 | $48,600.00 |

**Totals:** 2 transfer(s), $156,429.91